NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTH STAR INNOVATIONS, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2020-1298, 2020-1299

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01004 and IPR2018-01005.

---

**ON MOTION**

---

### O R D E R

The court construes the parties' joint stipulation to dismiss the above-captioned consolidated appeals as a motion to voluntarily dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted; the appeals are dismissed.

2    NORTH STAR INNOVATIONS, INC. v. MICRON TECHNOLOGY, INC.

(2)  Each party shall bear its own costs.

FOR THE COURT

December 8, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: December 8, 2022